DAVID J. MARTIN, ESQ.
Nevada Bar No. 9117
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: 916-291-0779
E-Mail: dmartin@grsm.com

***Attorney for Defendant***
***Pahrump Hotel Partners, Inc.***

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRITTANEY WARNER, an individual,

Plaintiff,

vs.

PAHRUMP HOTEL PARTNERS INC., a Nevada corporation.

Defendant.

Case No: 2:26-cv-01779-CDS-EJY

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT [ECF No. 1] FIRST REQUEST**

Pursuant to Local Rule 7-1, Plaintiff Brittaney Warner and Defendant Pahrump Hotel Partners, Inc., by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed her Complaint on June 11, 2026 [ECF 1].

2. Defendant was served with the Summons and Complaint on July 1, 2026 [ECF 5].

3. Defendant recently retained counsel and a short extension is necessary to allow Defendant's counsel to obtain the file and investigate the allegations in the Complaint before responding.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

4. Plaintiff has no objection to the extension. This is the Parties' first request for an extension of this deadline.

5. Therefore, the parties agree that Defendant's response to the Complaint is now due on or before **August 3, 2026**.

DATED: July 21, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ David J Martin*

David J. Martin
Nevada Bar No. 9117
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
dmartin@grsm.com

*Attorneys for Defendants Pahrump Partners Inc.*

DATED: July 21, 2026

**GREENBERG GROSS LLP**

*/s/ Jorge Padilla*

Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Jorge "Coco" Padilla
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
JPadilla@GGTrialLaw.com
*Attorneys for Plaintiff Brittaney Warner*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: July 21, 2026