**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Brittany Warner,

Plaintiff,

v.

Pahrump Hotel Partners, Inc.,

Defendant.

Case No. 2:26-cv-01779-CDS-EJY

**Order**

On August 6, 2026, the Court set an ENE and ordered as follows:

> The parties **must** engage in good faith settlement discussions prior to the ENE to ensure the efficiency and efficacy of the session. After the parties do so, they must file a joint status report, **no later than October 2, 2026**, stating whether attending an ENE would be a worthwhile endeavor. If no status report is filed, or if the parties do not agree that proceeding in good faith will be worthwhile, the ENE will be vacated.

Docket No. 9 at 2 (emphasis in original). The parties violated that order by failing to file the required status report. Accordingly, the ENE is hereby **VACATED** pursuant to the earlier order and Local Rule 16-6(c). The Clerk's Office is **INSTRUCTED** to remove the ENE flag and remove the undersigned from this case.

IT IS SO ORDERED.

Dated: October 6, 2026

Nancy J. Koppe
United States Magistrate Judge